# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148627 & (68)(69)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                      SC: 148627
                                       COA: 309183

JOSEPH FRANK HERSHEY,
        Defendant-Appellee.                    Muskegon CC: 10-059331-FH

_____/

      On order of the Court, the defendant's motions for immediate consideration and to dismiss the plaintiff's application for leave to appeal are GRANTED, and the plaintiff's application is therefore DISMISSED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2015

                                    Clerk

s0128